SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>    v.<br><br>Hansen Sherkhani, et al.,<br><br>    Defendants. | Case No.2:11-cv-03214-MCE-EFB<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   Pursuant to the parties' stipulation, the above-entitled action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

   IT IS SO ORDERED.

Dated: January 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT